# UNITED STATES FEDERAL COURT
for the
MIDDLE District of North Carolina
_____ Division

FILED JUN 19 2018
Clerk U.S. District Court
Greensboro, NC
BY ___

MARGARITA A. WALSTON

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

REBECCA CINTRON
UNIVERSITY OF NORTH CAROLINA HOSPITAL
HILLSBOROUGH CAMPUS

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:18CV517
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARGARITA A. WALSTON |
| Street Address | 702 BILL POOLE RD |
| City and County | ROUGEMONT/ DURHAM |
| State and Zip Code | NORTH CAROLINA 27572 |
| Telephone Number | 919-830-1179 |
| E-mail Address | margewalston@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | REBECCA CINTRON |
| Job or Title *(if known)* | OPERATING ROOM DIRECTOR |
| Street Address | 430 WATERSTONE DR. |
| City and County | HILLSBOROUGH/ ORANGE |
| State and Zip Code | NORTH CAROLINA 27278 |
| Telephone Number | (984) 215-2000 |
| E-mail Address *(if known)* | Rebecca.Cintron@unchealth.unc.edu |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | UNCHOSPITAL HILLSBOROUGH CAMPUS |
| Street Address | 430 WATERSTONE DR |
| City and County | HILLSBOROUGH/ ORANGE |
| State and Zip Code | NORTH CAROLINA 27278 |
| Telephone Number | (984) 215-2000 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Other federal law *(specify the federal law)*:
RETALIATION IN THE WORKPLACE;WRONGFUL TERMINATION; DEFAMATION

[✔] Relevant state law *(specify, if known)*:
RETALIATION IN THE WORKPLACE; WRONGFUL TERMINATION; DEFAMATION

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts (specify): DEFAMATION; EMOTIONAL DISTRESS; MENTAL ANGUISH

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) AUGUST 1, 2017 TO SEPTEMBER 20, 2017

C. I believe that defendant(s) (check one):
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [✓] race
- [✓] color
- [ ] gender/sex
- [ ] religion
- [✓] national origin
- [✓] age (year of birth) 59 (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

1) DUE TO MY AGE, COLOR, RACE, NATIONAL ORIGIN I WAS LET GO.
2) DUE TO WHISTLEBLOWING, MY WORKLOAD WAS MADE DIFFICULT BY MY DIRECTOR.
3) AS RETALIATION, MY HOURS WERE OFTEN CUT BACK AND EQUIPMENTS WERE WITHELD.
4) I WAS GIVEN DEROGATORY REMARKS ON BACKGROUND CHECKS BY MY DIRECTOR CAUSING THE JOB OFFER RESCINDED, THEREBY LOSS OF WAGES AND BENEFITS ON MY PART.(DEFAMATION)
5) THIS CAUSES ME DETRIMENTAL EMOTIONAL DISTRESS AND MENTAL ANGUISH.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

MARCH 19, 2018

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 06/15/2018.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FOR CONTINUED DISCRIMINATION, LOSS OF WAGES AND BENEFITS: $200,000
FOR DEFAMATION, EMOTIONAL DISTRESS, MENTAL ANGUISH: $1,000,000
FOR COMPENSATORY, PUNITIVE, EXEMPLARY DAMAGES: $1,000,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/15/2018

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: MARGARITA A. WALSTON

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~EASTERN~~ MIDDLE DISTRICT OF NORTH CAROLINA

_____ DIVISION

V.

NO.

~~COMPLAINT~~

Plaintiff resides at:
702 Bill Poole Rd.
Rougemont, NC 27572

Defendant(s)' name(s) and address(es), if known:
Rebecca Cintron, Director of Operating Room
UNC Hospital, Hillsborough Campus
430 Waterstone Dr.
Hillsborough, NC 27278

1

Jurisdiction in this court is based on:
Title VII of the Civil Rights Act of 1964
Age Discrimination in Employment Act of 1967

The acts complained of in this suit concern:
* Race, Color, National Origin discrimination
* Age Discrimination; Unequal Terms & conditions of my employment
* Wrongful Termination (Retaliation)
* Defamation, Emotional & Mental Anguish

2

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

For continued discrimination, loss of wages + benefits : $200,000
For defamation, emotional distress, mental anguish : $1,000,000
For compensatory, punitive, exemplary damages: $1,000,000

6-18-2018
DATE

*[signature]*
SIGNATURE OF PLAINTIFF

702 Bill Poole Rd.
Rougemont, NC 27572
919-830-1179

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3